**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1451**

SYED MUSAVI,

            Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

            Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 18, 2014      Decided: February 27, 2014

Before GREGORY, DUNCAN, and KEENAN, Circuit Judges.

Petition denied in part and dismissed in part by unpublished per curiam opinion.

Pauline M. Schwartz, THE SCHWARTZ LAW FIRM, LLP, Washington, D.C., for Petitioner. Stuart F. Delery, Assistant Attorney General, Greg D. Mack, Aaron D. Nelson, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syed Musavi petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's decision finding him inadmissible pursuant to 8 U.S.C. § 1182(a)(6)(C)(i) (2012) and denying his application for a waiver of inadmissibility as a matter of discretion. We have reviewed Musavi's challenges to the finding of inadmissibility and conclude that they are without merit. We therefore deny the petition for review in part. Next, we find that we lack jurisdiction to review the discretionary denial of the waiver of inadmissibility, see 8 U.S.C. § 1182(i)(2) (2012), and that Musavi has raised no colorable constitutional claims or questions of law over which we would retain jurisdiction. See 8 U.S.C. § 1252(a)(2)(D) (2012). We accordingly deny in part and dismiss in part the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED IN PART
AND DISMISSED IN PART
